Inbox — OrbSat
6,817 messages, 6 unread

Filter | Get Mail | New Message | Archive | Delete | Junk | Reply | Reply All | Forward | Flag | Mute | May 2021 | Move | Search

Inbox — OrbSat

Favorites
All Inboxes
[redacted]
[redacted]
All Sent 1
All Drafts 34
Flagged 32
38
[redacted]
16
[redacted]
Downloading Messages

[redacted]

CashPro Alerts
[redacted]

[redacted]

CashPro Alerts
[redacted]

Jonathan Paul
[redacted]

Cortana 5/27/21
Your daily briefing
Seifert, Have a great Thursday! Commitments and ... Tamara Kondic Re: Orbsat Corp (OSAT) Approval Lette

Charles M. Fernandez 5/27/21
[redacted] next week only
[redacted] package
[redacted]

Tamara Kondic 5/27/21
Re: Orbsat Corp (OSAT) Approval Letter & Wiring Instruction
Tom, Please acknowledge the correction and send confirmation to Mike in CC. Thanks! Tamara Kondic Managing Director Donohoe A...

Michael Wolf
Orbsat Corp (OSAT) Approval Letter & Wiring Instruction
Hi Tamara, As I said on our telephone conversation yesterday, Am sending the bank details again to Mr Thomas Seifert Mr Tom, The...

David Phipps
[redacted]

David Phipps
RE: SEC Filing Codes
[redacted]

Intuit Online Payroll
[redacted]

---

**Tamara Kondic**
Re: Orbsat Corp (OSAT) Approval Letter & Wiring Instruction
To: Thomas Seifert, Cc: Katherine Petty, Michael Wolf

Details

Tom,

Please acknowledge the correction and send confirmation to Mike in CC.

Thanks!

*Tamara Kondic*
*Managing Director*
*Donohoe Advisory Associates LLC*
(O) 240.403.4180
(C) 301.549.6433
www.donohoeadvisory.com

On 2021-05-27 04:36, Michael Wolf wrote:

> Hi Tamara,
>
> As I said on our telephone conversation yesterday, Am sending the bank details again to Mr Thomas Seifert
>
> Mr Tom, The Wells Fargo Bank account# wasn't input correctly.
>
> Please see attached the correct wiring instruction for the $45,000 Payment today.
>
> If you have any questions here my Cell# 716 219 0757
>
> please confirm you have received these and circulate the transfer POP (Proof of Payment)
>
> Best,
>
> Michael
>
> **From:** Michael Wolf <Michael.Wolf@nasdaq.com>
> **Date:** May 26, 2021 at 2:59:11 PM EDT
> **To:** Tamara Kondic <tkondic@donohoeadvisory.com>
> **Cc:** Katherine Petty <kpetty@donohoeadvisory.com>
> **Subject: Orbsat Corp (OSAT) Approval Letter**
>
> Tamara,
>
> Please see attached. Please note that before the Company can begin trading we will need the following:

All Inboxes

[redacted]

OrbSat

[redacted]

VIPs

All Sent 1

All Drafts 34

Flagged 32

[redacted]

OrbSat 16

[redacted]

**Inbox — OrbSat**
6,817 messages, 6 unread

Filter | Get Mail | New Message | Archive | Delete | Junk | Reply | Reply All | Forward | Flag | Mute | May 2021 Move | Search

Inbox — OrbSat

RE: Stock Issuance
[redacted]

**CashPro Alerts** 5/27/21
[redacted]

**Rhoda, Margaret K.**
RE: Orbsat
[redacted]

**CashPro Alerts**
[redacted]

**Jonathan Paul**
[redacted]

**Cortana** 5/27/21
Your daily briefing
Hi Thomas Seifert, Have a great Thursday! Commitments and follow-ups Tamara Kondic Re: Orbsat Corp (OSAT) Approval Lette

**Charles M. Fernandez** 5/27/21
[redacted] Address Next week only
Thomas, Here is the address [redacted] delivery of Board Meeting package by Fed [redacted]

**Tamara Kondic** 5/27/21
Re: Orbsat Corp (OSAT) Approval Letter & Wiring Instruction
Tom, Please acknowledge the correction and send confirmation to Mike in CC. Thanks! Tamara Kondic Managing Director Donohoe A

**Michael Wolf**
Orbsat Corp (OSAT) Approval Letter & Wiring Instruction

**David Phipps** 5/27/21
RE: OSAT - Preparing for Pricing [HSELAW-WORKSITE.FID890...
Maggie, In relation to point 8 below, please see the attached draft press release. Thanks, David DAVID PHIPPS CEO +1 306 783 679

**David Phipps** 5/27/21
RE: SEC Filing Codes
Tom & Kendall, Let me know if you need my help with this. Thanks From: Thomas Seifert <tseifert@orbsat.com> Sent: 27 May

**Intuit Online Payroll** 5/26/21

---

**Michael Wolf**
Orbsat Corp (OSAT) Approval Letter & Wiring Instruction
To: Cc: Tamara Kondic, Katherine Petty

Details

Hi Tamara,

As I said on our telephone conversation yesterday, Am sending the bank details again to Mr Thomas Seifert

Mr Tom, The Wells Fargo Bank account# wasn't input correctly.

Please see attached the correct wiring instruction for the $45,000 Payment today.

If you have any questions here my Cell# 716 219 0757

please confirm you have received these and circulate the transfer POP (Proof of Payment).

Best,

Michael

> **From:** Michael Wolf <Michael.Wolf@nasdaq.com>
> **Date:** May 26, 2021 at 2:59:11 PM EDT
> **To:** Tamara Kondic <tkondic@donohoeadvisory.com>
> **Cc:** Katherine Petty <kpetty@>
> **Subject: Orbsat Corp (OSAT) Approval Letter**
>
> Tamara,
>
> Please see attached. Please note that before the Company can begin trading we will need the following:
>
> 1 At least three business days notice prior to the earliest trade date;
> 2 Payment of the balance of the entry fee ($45,000);
> 3 Confirmation tha[redacted]09 and [redacted]18 are the correct CUSIPs for the common stock and warrants;
> 4 Confirmation the Company has filed its Form 8A 12b (note the name of the exchange should read "The Nasdaq Stock Market LLC"); and
> 5 Confirmation, no later than 5pm the day before trading is to commence, that the Company's offering will go forward and the Company will list the next day. Note that once this confirmation is made Nasdaq will not be able to move the securities back to OTC for trading. Additionally, if the Company makes this confirmation and does not price its offering the Company will not be able to list on Nasdaq and will not have a trading market.
>
> Thank you for your help in these matters. If you have any questions please let me know.
>
> Best,